Query   Reports   Utilities   Help   What's New   Log Out

CAT A,CAT B

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00046-RDM-1

Case title: USA v. MONTGOMERY, et al.  
Magistrate judge case number: 1:21-mj-00044-RMM

Date Filed: 01/21/2021

Assigned to: Judge Randolph D. Moss

**Defendant (1)**

**PATRICK MONTGOMERY**     represented by **Danielle Courtney Jahn**
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF
COLUMBIA
625 Indiana Ave, NW
Suite 500
Washington, DC 20004
(202) 208-7500
Fax: (202) 501-3829
Email: dani_jahn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**                                        **Disposition**

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building
(1)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(1s)

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building

(2)
18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder

(2s)
40:5104(e)(2)(B); FEDERAL STATUTES, OTHER; Entering and Remaining in the Gallery of Either House of Congress

(3)
18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds

(3s)
40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Violent Entry and Disorderly Conduct at the Grounds and in a Capitol Building

(4)
40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings

(4s)
40:5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building

(5)
18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds

(5s)
18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds

(6s)
40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and Disorderly Conduct in a Capitol Building

(7s)

40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building
(8s)

40 U.S.C. 5104(e)(2)(B); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering and Remaining in the Gallery of Congress
(9s)

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(10s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1) and 40:5104(e)(2)(G) | |

---

**Plaintiff**

**USA**      represented by **Elizabeth C. Kelley**
U.S. ATTORNEY'S OFFICE
555 4th Street, N.W.
Washington, DC 20350
202-252-7238
Email: elizabeth.kelley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 1 | COMPLAINT as to PATRICK MONTGOMERY (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21-mj-00044-RMM] (Entered: 01/13/2021) |
| 01/17/2021 | | Case unsealed as to PATRICK MONTGOMERY (bb) [1:21-mj-00044-RMM] (Entered: 01/19/2021) |
| 01/17/2021 | | Arrest of Defendant PATRICK MONTGOMERY in the District of Colorado. (kk) (Entered: 02/17/2021) |
| 01/17/2021 | | ENTERED IN ERROR AS A DUPLICATE.....Arrest of PATRICK MONTGOMERY in US District Court for the District of Colorado. (bb) Modified on 4/1/2021 (znmw). (Entered: 03/30/2021) |
| 01/21/2021 | 3 | INFORMATION as to PATRICK MONTGOMERY (1) count(s) 1, 2, 3, 4, 5. (zstd) (Main Document 3 replaced on 1/22/2021) (zstd). [1:21-mj-00044-RMM] (Entered: 01/22/2021) |
| 01/29/2021 | | MINUTE ORDER as to Defendant PATRICK MONTGOMERY : It is hereby ORDERED that Defendant PATRICK MONTGOMERY appear for an initial appearance on Friday, February 5, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call-in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202-354-3083; So Ordered by Magistrate Judge Robin M. Meriweather on 1/29/2021. (kk) (Entered: 01/31/2021) |
| 02/02/2021 | 11 | Rule 5(c)(3) Documents Received as to PATRICK MONTGOMERY from US District Court for the District of Colorado Case Number 1:21-mj-11- STV (bb) (Entered: 03/30/2021) |
| 02/04/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE Elizabeth C. Kelley appearing for USA. (Kelley, Elizabeth) (Entered: 02/04/2021) |
| 02/05/2021 | 14 | Arrest Warrant, dated 1/13/2021, returned executed in the U.S. District Court for the District of Columbia on 2/5/2021 as to Defendant PATRICK MONTGOMERY. (kk) (zkk). (Entered: 02/17/2021) |
| 02/05/2021 | | ORAL MOTION by Defendant PATRICK MONTGOMERY to Appoint Counsel. (kk) (Entered: 02/17/2021) |
| 02/05/2021 | | JOINT ORAL MOTION by Defendant PATRICK MONTGOMERY and USA to Exclude Time Under the Speedy Trial Act from 2/5/2021 to 2/18/2021. (kk) (Entered: 02/17/2021) |

| 02/05/2021 |   | Minute Entry for Initial Appearance and Arraignment as to PATRICK MONTGOMERY held by video before Magistrate Judge Robin M. Meriweather on 2/5/2021 : The defendant agrees to appear by video for today's hearing. Oral Motion by Defendant to Appoint Counsel, heard and granted. Assistant Federal Public Defender Danielle Courtney Jahn appointed to represent PATRICK MONTGOMERY. Plea of Not Guilty entered by PATRICK MONTGOMERY to Counts 1, 2, 3, 4 and 5. Status Hearing set before Judge Randolph D. Moss on 2/18/2021 at 11:30 AM by Telephonic/VTC. Joint Oral Motion by Defendant and USA to Exclude the Time Under the Speedy Trial Act from 2/5/2021 to 2/18/2021, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold - Ctrm. 24A; FTR Time Frames: 1:32:41 - 1:43:33 and 2:25:59 - 2:41:59. Defense Attorney: Dani Jahn; U.S. Attorney: Kelly Smith for Elizabeth Kelley; Pretrial Officer: John Copes. (kk) (Entered: 02/17/2021) |
|---|---|---|
| 02/10/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Danielle Courtney Jahn appearing for PATRICK MONTGOMERY (Jahn, Danielle) (Entered: 02/10/2021) |
| 02/10/2021 | 8 | ORDER Setting Conditions of Release as to PATRICK MONTGOMERY (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/10/2021. (ztl) (Additional attachment(s) added on 4/20/2021: # 1 Appearance Bond) (zkk). (Entered: 02/11/2021) |
| 02/18/2021 |   | Minute Entry for proceedings held before Judge Randolph D. Moss: Video (CMS) Status Conference as to PATRICK MONTGOMERY held on 2/18/2021. Defendant consents to proceeding by video. Due Process Protections Act Order read into the record by the Court. A further Status Conference is set for 4/21/2021, at 10:00 AM, by video, before Judge Randolph D. Moss. The parties shall participate by using the same video connection instructions. For the reasons discussed on the record, the Defendant's passport shall be returned to him. Speedy Trial (XT) is tolled in the interest of justice from 2/18/2021 to 4/21/2021. Bond Status of Defendant: Defendant remains on a PR Bond; Court Reporter: Jeff Hook; Defense Attorney: Danielle C. Jahn; U.S. Attorney: Elizabeth C. Kelley. (kt) Modified on 3/23/2021 to include speedy trial language (kt). (Entered: 02/18/2021) |
| 02/18/2021 |   | MINUTE ORDER as to PATRICK MONTGOMERY: Pursuant to the Due Process Protections Act, it is hereby ORDERED that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. Signed by Judge Randolph D. Moss on 2/18/2021. (lcrdm2) (Entered: 02/18/2021) |
| 04/05/2021 | 12 | Unopposed MOTION for Protective Order by USA as to PATRICK MONTGOMERY. (Attachments: # 1 Text of Proposed Order)(Kelley, Elizabeth) (Entered: 04/05/2021) |

| | | |
|---|---|---|
| 04/05/2021 | 13 | PROTECTIVE ORDER as to PATRICK MONTGOMERY: Upon consideration of the government's motion for Protective Order, Dkt. 12 it is hereby ORDERED that the motion is GRANTED; The parties shall comply with the directives set forth in the attached Protective Order, which the Court adopts in full. See document for details. Signed by Judge Randolph D. Moss on 4/5/2021. (lcrdm2) Modified on 4/6/2021 to reference motion (kt). (Entered: 04/05/2021) |
| 04/16/2021 | 23 | SUPERSEDING INDICTMENT as to PATRICK MONTGOMERY (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, BRADY KNOWLTON (2) count(s) 5, 6, 7, 8, 9, 10. (zltp) (Entered: 04/19/2021) |
| 04/20/2021 | | NOTICE OF HEARING as to PATRICK MONTGOMERY (1) and BRADY KNOWLTON (2): Arraignment/Status Conference set for 4/21/2021, at 10:00 AM, by video, before Judge Randolph D. Moss. (kt) (Entered: 04/20/2021) |
| 04/20/2021 | 27 | MOTION for Disclosure *of 6(e) and Sealed Materials* by USA as to PATRICK MONTGOMERY, BRADY KNOWLTON. (Kelley, Elizabeth) (Entered: 04/20/2021) |
| 04/20/2021 | 28 | MOTION to Continue *and Exclude Time Under the Speedy Trial Act* by USA as to PATRICK MONTGOMERY, BRADY KNOWLTON. (Attachments: # 1 Text of Proposed Order)(Kelley, Elizabeth) (Entered: 04/20/2021) |
| 04/21/2021 | 29 | ORDER as to PATRICK MONTGOMERY (1), BRADY KNOWLTON (2): Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, Dkt. 27 , it is hereby ORDERED, that the motion is GRANTED, and it is further ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined. Signed by Judge Randolph D. Moss on 4/21/2021. (lcrdm2) (Entered: 04/21/2021) |
| 04/21/2021 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Video (Zoom) Arraignment/Status Conference as to PATRICK MONTGOMERY (1) and BRADY KNOWLTON (2) held on 4/21/2021. Defendants consented to proceeding by video. PATRICK MONTGOMERY (1) arraigned on Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, and 10s of the Superseding Indictment. BRADY KNOWLTON (2) arraigned on Counts 5, 6, 7, 8, 9, and 10 of the Superseding Indictment. Plea of Not Guilty entered by PATRICK MONTGOMERY (1) and BRADY KNOWLTON (2) as to ALL their respective Counts. Due Process Protections Act Order read into the record by the Court. A further Status Conference is set for 7/28/2021, at 10:00 AM by video, before Judge Randolph D. Moss. The parties shall utilize the same zoom link provided this morning. For the reasons stated on the record, the Government and Defendant Knowlton shall file a Joint Status Report by 5/21/2021. The Court GRANTS Defendant Knowlton's Second 25 Motion to Withdraw as Attorney; David Finn withdrawn |

| | | from case. The Court finds as MOOT Defendant Knowlton's 12 Motion for Exculpatory Evidence Be Produced And Presented To The Grand Jury. The Court GRANTS the Government's 28 Motion to Continue and Exclude Time Under the Speedy Trial Act as to PATRICK MONTGOMERY (1) and BRADY KNOWLTON (2). Speedy Trial (XT) is tolled in the interest of justice from 4/21/2021 to 7/28/2021 as to BOTH Defendants. Bond Status of Defendants: Defendants remain on PR Bonds; Court Reporter: Jeff Hook; Defense Attorneys: Dani Jahn (1), Thomas B. Mayr (2), and Camille Wagner (2); U.S. Attorney: Elizabeth Kelley. (kt) (Entered: 04/21/2021) |